UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:22-CR-352-K |
| | § | |
| | § | |
| | § | |
| TIMOTHY LYNCH BARTON | § | |
| STEPHEN WALL | § | |
| SASKYA BEDOYA | § | |
| a/k/a Saskya Pamela Zuniga | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

The undersigned. Anthony Box. an attorney with the law firm GRAY REED. moves to withdraw as counsel for Defendant Saskya Bedoya ("Bedoya") in the above-styled case. Defendant Bedoya wishes to be represented by the Office of the Federal Public Defender or Criminal Justice Act Counsel, as determined by the Court. Counsel for Defendant Bedoya has consulted with counsel for Plaintiff and Defendants regarding this Motion and they do not oppose.

Respectfully submitted,

GRAY REED & MCGRAW, LLP

By: /s/ *Anthony D. Box*

ANTHONY D. BOX
Texas Bar No. 24133857
GRAY REED
1601 Elm Street
Dallas, Texas 75201-3005
Telephone No. (214) 954-4135
Telecopy No. (469) 320-6869
abox@grayreed.com

COUNSEL FOR DEFENDANT,
SASKYA BEDOYA

AGREED:

____________________
Saskya Bedoya

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Plaintiff's counsel and additional Defendants' counsel on February 27, 2024, who indicated they are unopposed to the Motion to Withdraw.

*/s/ Anthony D. Box*
ANTHONY D. BOX

**CERTIFICATE OF SERVICE**

I certify that on February 28, 2024, a copy of the foregoing was electronically filed on the CM/ECF system, which will automatically service a Notice of Electronic Filing for the attorneys of record.

*/s/ Anthony D. Box*
ANTHONY D. BOX