IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY LYNCH BARTON (01)<br>HAOQIANG FU (02)<br>STEPHEN WALL (03)<br>SASKYA BEDOYA ZUNIGA (04) | NO. 3:22-CR-00352-K |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States Attorney for the Northern District of Texas respectfully advises the Court and all interested parties that Assistant United States Attorney ("AUSA") Elise Aldendifer and AUSA Douglas Brasher will now be appearing on behalf of the United States. Therefore, the government respectfully requests that the Clerk of Court substitute AUSA Elise Aldendifer and AUSA Douglas Brasher for former Assistant United States Attorneys Renee Hunter and Sarah Douglas, in this matter.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Elise B. Aldendifer*
ELISE B. ALDENDIFER
Assistant United States Attorney
Texas Bar No. 24124103
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8600
Facsimile: (214) 659-8808
elise.aldendifer@usdoj.gov
douglas.brasher@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney(s) of record who has consented to accept this Notice as service of this document by electronic means.

s/ Elise Aldendifer

Elise Aldendifer
Assistant United States Attorney
Douglas B. Brasher
Assistant United States Attorney