**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **NO. 3:22-CR-352-K(02)** |
| **HOAQIANG FU A.K.A. MICHAEL FU** | |

**EIGHT UNOPPOSED MOTION TO DELAY SENTENCING HEARING**

The attorney for the defendant, HOAQIANG FU, moves this Court to delay sentencing in the above referenced cause for reasons cited below:

1. On September 20, 2022, Timothy Lynch Barton, defendant number one in this cause was indicted. His trial was scheduled for May 8, 2023.
2. On October 18, 2022, the defendant Fu entered a guilty plea and the Court issued a scheduling order setting the defendant's sentencing for February 22, 2023.
3. Hoaqiang Fu may be called as a witness in the trial of Barton.
4. On January 5, 2023, the Court granted a motion to continue the sentencing of Fu until June 28, 2023.
5. On March 8, 2023, Timothy Lynch Barton was granted a continuance until February 5, 2024.
6. On December 12, 2023, the Court granted a motion to continue the trial of Defendant Barton and reset the trial to September 9, 2023. (Dkt. 55)
7. On December 12, 2023, a first superseding indictment was returned in this cause.
8. On June 4, 2024, the case was reset for jury trial March 3, 2025. (Dkt. 85).

9. On December 20, 2024, the case was reset for jury trial October 6, 2025. (Dkt. 92).
10. On February 7, 2025, the case was reset for sentencing on December 17, 2025. (Dkt. 97)
11. On Jul 11, 2025, the case was reset for jury trial on March 23, 2026. (Dkt. 99).
12. On February 3, 2026, the case was continued until November 2, 2026. (Dkt. 108).
13. On September 11, 2026, the trial of Barton, Wall and Zuniga was continued until April 26, 2027. (Dkt. 126).
14. Hoaqiang Fu asks the Court to once again delay his sentencing until after he has had an opportunity to testify in the trial of Timothy Barton and delay the final preparation of the presentence report.
15. The government is unopposed to this motion

For the reasons stated above, counsel moves the court to delay the sentencing of Hoaqiang Fu until after the trial of Timothy Barton.

Respectfully submitted,

/s/Christy L. Drake
Christy L. Drake
Texas Bar No. 06104500
8350 N Central Expy, Suite 1900
Dallas, Texas 75206 Telephone:
(806) 681-1259
chrisdrakelaw@gmail.com

**CERTIFICATE OF CONFERENCE**

I certify that on October 15, 2026, Robert Webster, attorney for the defendant conferred with Elise Aldendifer, Assistant United States Attorney, and she is unopposed to this motion.

/s/ Christy L. Drake
Christy L. Drake

**CERTIFICATE OF SERVICE**

I, Christy L. Drake, Counsel for Defendant, certify that on October 19, 2026, this document was filed using the electronic case filing system for the Northern District of Texas, which provides for service to the counsel for the United States.

/s/ Christy L. Drake
Christy L. Drake